685

No. 763. UNITED STATES *v.* FIDELITY INVESTMENT ASSN. March 19, 1934. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Biggs* for the United States. *Messrs. Dean Acheson* and *John Marshall* for respondent.

No. 784. MARYLAND CASUALTY CO. *v.* SEAY ET AL. March 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Ernest W. Clemens* for petitioner. No appearance for respondents.

No. 794. DELUCA, ADMINISTRATRIX, *v.* SHEPARD STEAMSHIP CO., INC. March 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Joseph Lilly* for petitioner. *Mr. Arthur M. Boal* for respondent.

No. 796. ILLINOIS BANKERS LIFE ASSN. ET AL. *v.* TALLEY, ADMINISTRATOR. March 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Hamp P. Abney, Hamp P. Abney, Jr.,* and *Lewis A. Stebbins* for petitioners. *Mr. Spearman Webb* for respondent.

No. 798. GENERAL SECURITIES CORP. *v.* HOMEWOOD. March 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. T. Stokely* for petitioner. *Messrs. Walter Brower, John London,* and *Geo. W. Yancey* for respondent.